IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:18-cv-515-MOC-DSC

| | |
|---|---|
| FARNITRA CLECKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay. For good cause shown, the parties' Motion to Stay is **GRANTED**.

**IT IS HEREBY ORDERED** that this action is stayed, including Defendant's deadline to file a response to Plaintiff's Complaint, until Plaintiff exhausts her administrative remedies in EEOC Charge No. 430-2018-03246 under the Americans with Disabilities Act .

**SO ORDERED**.

Signed: February 22, 2019

David S. Cayer
United States Magistrate Judge