IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:18-cv-515-MSC-DSC

| | |
|---|---|
| FARNITRA CLECKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORTATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the parties' Joint Motion to Lift Stay. For good cause shown, the parties' Motion to Lift Stay is **GRANTED** and it is **HEREBY ORDERED** that the stay entered in this action on February 22, 2019 is lifted, and the Defendant has thirty days from the date of this Order to file its response to Plaintiff's Complaint.

**SO ORDERED**.

Signed: September 16, 2019

_____
David S. Cayer
United States Magistrate Judge